**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ERICA WILLIS TANKS, as Administrator of the**                      **PLAINTIFF**
**Estate of Thomas Willis, as Personal Representative
of Thomas Willis, for the Benefit of All Heirs of
Thomas Willis, and as Natural Daughter of Thomas Willis**

**VS.**                                      **CIVIL ACTION NO.   4:03CV408LN**

**LOCKHEED-MARTIN CORPORATION
d/b/a Lockheed Martin Aeronautics Company
 - Marietta and DERIK SCOTT WILLIAMS,
as the Executor of the Estate of Douglas Paul Williams**          **DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

This Court, having been advised by Plaintiff, Erica Willis Tanks, as Administrator of the Estate of Thomas Willis, as personal representative of Thomas Willis for the benefit of all heirs of Thomas Willis, and as his natural daughter ("the Plaintiff"), that Derik Scott Williams, as the Executor of the Estate of Douglas Paul Williams, is the only remaining defendant following dismissal of Lockheed-Martin Corporation, and that the Plaintiff desires to dismiss the above-styled matter without prejudice, is of the opinion that there is good cause for entry of the foregoing Final Judgment of Dismissal Without Prejudice, and that there is no just reason for delaying entry of this Judgment.

**IT IS THEREFORE ORDERED** that any and all claims asserted by Plaintiff against Derik Scott Williams as Executor of the Estate of Douglas Paul Williams, the only remaining

-2-

defendant, are **DISMISSED WITHOUT PREJUDICE**, with each party paying its own costs and expenses of the litigation, including attorneys' fees.

    **SO ORDERED** this the 20th day of February, 2007.

                               /s/ Tom S. Lee
                               **UNITED STATES DISTRICT JUDGE**